# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATINA KNOWLES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY | : | NO. 20-3513 |

## ORDER

**AND NOW**, this 3rd day of December, 2020, upon consideration of Plaintiff's Motion to Amend the Complaint (Document No. 16), Defendant's Response thereto (Document No. 18), and as explained in the Court's Memorandum of today, it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge