**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ATINA KNOWLES                 :          CIVIL ACTION
                                     :
         v.                     :
                                     :
TEMPLE UNIVERSITY        :         NO.  20-3513

## ORDER

    **AND NOW**, this 9th day of March, 2021, upon consideration of Plaintiff's Motion to Recuse Magistrate Judge Wells (Document No. 36), Defendant's Memorandum of Law in Response thereto (Document No. 40), and, as explained in the Court's Memorandum Opinion of today, it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED**.

                                 **BY THE COURT**:


                                * /s/ Carol Sandra Moore Wells*
                                CAROL SANDRA MOORE WELLS
                                United States Magistrate Judge