# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATINA KNOWLES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY | : | NO. 20-3513 |

## ORDER

**AND NOW**, this 7th day of July, 2021, upon consideration of Defendant's Motion to Compel (Document No. 50), Plaintiff's Answer in Opposition thereto (Document No. 52), and, as explained in the Court's Memorandum Opinion of today, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that, on or before July 20, 2021:

1. Plaintiff shall provide Defendant with a current curriculum vitae, which identifies her current employer. Failure to do so will result in Plaintiff being precluded from providing any evidence of economic damages.

2. Plaintiff shall provide to Defendant's attorney a signed authorization for release of her tax returns to Defendant, for the years 2010 to 2020, subject to a confidentiality agreement. Failure to do so will result in Plaintiff being precluded from providing any evidence of economic damages.

3. Plaintiff shall provide Defendant an affidavit withdrawing any claim for physical, mental or emotional damages. Failure to do so will result in preclusion of any evidence of physical, mental or emotional damages.

**IT IS SO ORDERED**.

BY THE COURT:

_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge