# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATINA KNOWLES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY | : | NO. 20-3513 |

## ORDER

**AND NOW**, this 17th day of September, 2021, upon consideration of Plaintiff's Motion for Rule 11 Sanctions (Document No. 69), Defendant's Response thereto (Document No. 70), Plaintiff Reply (Document No. 73) and as explained in the court's Memorandum Opinion of today, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

**IT IS SO ORDERED**.

**BY THE COURT**:


  _/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge