# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATINA KNOWLES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY | : | NO. 20-3513 |

## ORDER

**AND NOW**, this 25th day of October 2021, upon consideration of Defendants' Motion for Summary Judgment (Document No. 74), Plaintiff's Response in Opposition thereto (Document No. 81), Defendants' Reply Memorandum of Law (Document No. 82), Plaintiff's Additional Response in Opposition to Defendant's Motion for Summary Judgment and, as explained in the Court's Memorandum Opinion of today, it is hereby **ORDERED** that the Motion is **GRANTED**. **IT IS SO ORDERED**.

**BY THE COURT**:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge