# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATINA KNOWLES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY | : | NO. 20-3513 |

## ORDER

**AND NOW**, this 13th day of August, 2024, upon consideration of the Third Circuit's precedential decision in this case, No. 22-2978, 2024 WL 3545664 (3d Cir. July 26, 2024), it is hereby **ORDERED** that the court's September 22, 2022 Order (Document No. 95) is **VACATED**.

It is further **ORDERED** that, in accordance with the Third Circuit's opinion, the costs recoverable in this case are limited to $1,953.93.

Judgment is entered against Plaintiff for costs in the amount of $1,953.93.

**IT IS SO ORDERED**.

BY THE COURT:


  */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge